# Order

Michigan Supreme Court
Lansing, Michigan

March 22, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145094 & (39)

_____

In re Parole of KENT MATTHEW HOWARD.

_____

MONROE COUNTY PROSECUTOR,
          Appellee,

v                                                           SC: 145094
                                                            COA: 306804
                                                            Monroe CC: 10-029121-AP

KENT MATTHEW HOWARD,
          Appellant,

and

PAROLE BOARD,
          Appellee.

_____/

        On order of the Court, the application for leave to appeal the April 3, 2012 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the November 2, 2010 order of the Monroe Circuit Court, which reversed the Michigan Parole Board's grant of parole, and we REMAND this case to the Monroe Circuit Court for reconsideration of the parole-decision challenge under the standard set forth in *In re Parole of Elias*, 294 Mich App 507 (2011). The motion to appoint counsel is DENIED.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2013                          _____
                                                              Clerk

s0319